|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SABRINA CERVANTES, | ) | Case No.: C 09-1596 PVT |
|---|---|---|
| Plaintiff, | ) | **ORDER EXTENDING DEADLINE FOR PLAINTIFF TO COMPLY WITH REQUIREMENTS OF CIVIL LOCAL RULE 73-1(a)(2); AND** |
| v. | ) |  |
| SALINAS UNION HIGH SCHOOL DISTRICT, SALINAS HIGH SCHOOL, | ) | **RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS TO JULY 7, 2009** |
| Defendant. | ) |  |

On May 4, 2009, Defendant filed a motion to dismiss Plaintiff's complaint, scheduling the motion for June 16, 2009.[1] This court's Civil Local Rule 73-1(a)(2) required that all parties file either a written consent to the jurisdiction of a Magistrate Judge, or else a declination and request reassignment to a District Judge, within five court days after the motion to dismiss was filed. Plaintiff has not yet done so. Therefore,

IT IS HEREBY ORDERED that no later than June 23, 2009, Plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1  www.cand.uscourts.gov.

2  IT IS FURTHER ORDERED that the hearing on Defendant's motion to dismiss is

3  rescheduled for July 7, 2009 at 10:00 a.m. in Courtroom 5 of this court.

4  IT IS FURTHER ORDERED that the deadline for Plaintiff to serve and file a written

5  opposition to Defendant's motion is extended to June 23, 2009.  In the event Plaintiff files an

6  opposition, Defendant may serve and file a reply no later than June 30, 2009.

7  Dated: *6/10/09*

8  PATRICIA V. TRUMBULL
9  United States Magistrate Judge

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on     *6/10/09*         to:

Sabrina Cervantes
226 Park Street
Salinas, CA 93901

                                    */s/ Donna Kirchner         for*
                                     CORINNE LEW
                                     Courtroom Deputy