1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   SABRINA CERVANTES,                    )       Case No.: C 09-1596 PVT
                                           )
12                  Plaintiff,             )       **ORDER THAT CASE BE REASSIGNED TO**
                                           )       **DISTRICT JUDGE**
13          v.                             )
                                           )
14   SALINAS UNION HIGH SCHOOL             )
     DISTRICT, SALINAS HIGH SCHOOL,        )
15                                         )
                    Defendant.             )
16   _____)

17          On June 10, 2009, this court issued an order extending the time for Plaintiff to file either a

18   written consent to the jurisdiction of a Magistrate Judge, or else a declination and request

19   reassignment to a District Judge, pursuant to this court's Civil Local Rule 73-1(a)(2).[1]  Plaintiff

20   failed to do so.  Therefore,

21          IT IS HEREBY ORDERED that this case be reassigned to a District Judge because not all

22   parties have consented to Magistrate Judge jurisdiction.  Absent such consent, this court does not

23   have authority to rule on Defendant's pending motion to dismiss.  *See* 28 U.S.C. § 636.

24   Dated: *6/29/09*

25                                                 _Patricia V. Trumbull_
                                                   PATRICIA V. TRUMBULL
26                                                 United States Magistrate Judge

27

28          [1]     The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

                                 ORDER, *page 1*

1

2    ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4    <u>copies mailed on</u>   *6/29/09*          to:

5    Sabrina Cervantes
     226 Park Street
6    Salinas, CA 93901

7
                                                     */s/   Donna Kirchner*                 *for*
8                                                    CORINNE LEW
                                                     Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*