IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRINA CERVANTES, | NO. C 09-01596 EJD |
|     Plaintiff(s), <br> v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| SALINAS UNION HIGH SCHOOL DISTRICT, ET AL., | |
|     Defendant(s). | |

This case is was transferred to this Court on April 25, 2011 (See Docket Item No. 23). Pursuant to the April 25 Reassignment Order of this Court, the parties conferred and duly submitted a Joint Case Management Statement (See Docket Item No. 24). Based on their joint submission, it appears that a Case Management Conference would be beneficial. The Court sets a Case Management Conference on **October 21, 2011 at 10:00 AM.** On or before **October 14, 2011,** the parties shall file a joint case management conference statement that updates the Court on how this case should proceed.

**IT IS SO ORDERED.**

Dated: August 24, 2011

EDWARD J. DAVILA
United States District Judge

1
NO. C 09-01596 EJD
ORDER SETTING CASE MANAGEMENT CONFERENCE