United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRINA CERVANTES, | CASE NO. 5:09-cv-01596-EJD |
| Plaintiff(s), | **ORDER REASSIGNING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| v. | |
| SALINAS UNION HIGH SCHOOL DISTRICT, ET AL., | |
| Defendant(s). | |

In light of the parties' filing a Joint Case Management Conference statement (See Docket Item No. 28) the parties have consented to proceed before a United States Magistrate Judge for all purposes. The Clerk of Court shall reassign this case to a Magistrate Judge for all purposes. All deadlines and hearings before Judge Davila are hereby vacated. The Motion to Appear by telephone at the October 28, 2011 Case Management Conference is terminated as MOOT (See Docket Item No. 27).

**IT IS SO ORDERED.**

Dated: October 24, 2011

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:09-cv-01596-EJD
ORDER REASSIGNING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES