1   Ellen S. Lyons, Esq. SBN: 136011
    FITZPATRICK, SPINI & SWANSTON
2   Attorneys at Law
    838 South Main Street, Suite E
3   Salinas, CA 93901
    Telephone: (831) 755-1311
4   Facsimile: (831) 755-1319

5
    Attorneys for Plaintiff, Sabrina Cervantes
6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10  SABRINA CERVANTES,                   CASE NO. CV 09-01596 PSG

11                  Plaintiff,           **STIPULATION AND ORDER TO**
                                         **CONTINUE CASE MANAGEMENT**
12  v.                                   **CONFERENCE**

13
    SALINAS UNION HIGH SCHOOL
14  DISTRICT, SALINAS HIGH SCHOOL,

15                  Defendants.

16

17       The parties in the above-captioned action, by and through their counsel of record, do

18  hereby stipulate as follows:

19       1.      Ellen S. Lyons, Esq. of Fitzpatrick, Spini & Swanston, 838 South Main Street,

20  Suite E, Salinas, California, 93901, telephone (831) 755-1311, represents plaintiff Sabrina

21  Cervantes in the instant action. Mark Davis, Esq. represents defendant Salinas Union High School

22  District.

23       2.      On November 4, 2011, counsel received notification from this Court that the case

24  management conference previously set for November 8, 2011 was being continued to November

25  15, 2011. Ms. Lyons is starting a jury trial in Monterey County Superior Court on Monday,

26  November 14, 2011 and will be unavailable for the case management conference. Ms. Lyons is the

27  only attorney in her firm who is familiar with the claims and issues in this matter. In addition, Ms.

28  Lyons has another jury trial commencing on November 28, 2011.

                                         1

1

3.      Based on the foregoing, the parties and their counsel do hereby respectfully request

2

that the Court continue the case management conference currently scheduled for November 15,

3

2011 to either December 6, 2011 or December 13, 2011, or to a date that is convenient for the

4

Court.

Dated:  November ___, 2011              FITZPATRICK, SPINI & SWANSTON

5

6

7

_____/s/_____

Ellen S. Lyons, Esq.

8

Attorneys for Plaintiff,

SABRINA CERVANTES

9

10

Dated:  November ___, 2011              DAVIS & YOUNG

11

12

_____/s/_____

Mark E. Davis, Esq.

13

Attorneys for Defendants,

SALINAS UNION HIGH SCHOOL DISTRICT,

14

SALINAS HIGH SCHOOL

15

16

**ORDER**

17

18

Based on the Stipulation of the parties and good cause appearing therefor,

19

IT IS HEREBY ORDERED that the case management conference currently set for

20

November 15, 2011 be taken off calendar.  The case management conference will be re-scheduled

21

to **Tuesday, December 6, 2011 at 2:00 p.m.**

22

23

Dated:  November 14, 2011

_Paul S. Grewal_

THE HONORABLE PAUL S. GREWAL

24

25

26

27

28

2

---

*Cervantes v. Salinas Union High School*
Case No. CV 09-01596 PSG

Stipulation and Order to Continue Case
Management Conference