Ellen S. Lyons, Esq. SBN: 136011
FITZPATRICK, SPINI & SWANSTON
Attorneys at Law
838 South Main Street, Suite E
Salinas, CA 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319

Attorneys for Plaintiff, Sabrina Cervantes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>SALINAS UNION HIGH SCHOOL DISTRICT, SALINAS HIGH SCHOOL,<br><br>Defendants. | CASE NO. CV 09-01596 PSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties in the above-captioned action, by and through their counsel of record, do hereby stipulate as follows:

1. Ellen S. Lyons, Esq. of Fitzpatrick, Spini & Swanston, 838 South Main Street, Suite E, Salinas, California, 93901, telephone (831) 755-1311, represents plaintiff Sabrina Cervantes in the instant action. Mark Davis, Esq. represents defendant Salinas Union High School District.

2. On November 4, 2011, counsel received notification from this Court that the case management conference previously set for November 8, 2011 was being continued to November 15, 2011. Ms. Lyons is starting a jury trial in Monterey County Superior Court on Monday, November 14, 2011 and will be unavailable for the case management conference. Ms. Lyons is the only attorney in her firm who is familiar with the claims and issues in this matter. In addition, Ms. Lyons has another jury trial commencing on November 28, 2011.

1

3. Based on the foregoing, the parties and their counsel do hereby respectfully request that the Court continue the case management conference currently scheduled for November 15, 2011 to either December 6, 2011 or December 13, 2011, or to a date that is convenient for the Court.

Dated: November ___, 2011   FITZPATRICK, SPINI & SWANSTON

/s/
Ellen S. Lyons, Esq.
Attorneys for Plaintiff,
SABRINA CERVANTES

Dated: November ___, 2011   DAVIS & YOUNG

/s/
Mark E. Davis, Esq.
Attorneys for Defendants,
SALINAS UNION HIGH SCHOOL DISTRICT,
SALINAS HIGH SCHOOL

### ORDER

Based on the Stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the case management conference currently set for November 15, 2011 be taken off calendar. The case management conference will be re-scheduled to **Tuesday, December 6, 2011 at 2:00 p.m.**

Dated: November 14, 2011

THE HONORABLE PAUL S. GREWAL