1    Ellen S. Lyons, Esq. (SBN: 136011)
      FITZPATRICK, SPINI & SWANSTON
2    15 East Beach Street, Suite 201
      Watsonville, CA  95076
3    Telephone:  (831) 728-5700
      Facsimile:  (831) 728-5710
4

5    Attorneys for Plaintiff

6

7

8                 **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11    SABRINA CERVANTES,            No.  C 09-01596 PSG

12            Plaintiff,         **STIPULATION RE: ORDER FOR**
                                   **DISMISSAL**
13    v.

14    SALINAS UNION HIGH SCHOOL
      DISTRICT, ARCADIO  CLAUDIO,
15    DARREN HERSHBERGER, MARY HELEN
      MONTERO, and DOES 1 through 25,
16    inclusive,

17

18            Defendants.

19         Plaintiff SABRINA CERVANTES, on one hand, and defendants SALINAS UNION HIGH

20    SCHOOL DISTRICT, ARCADIO CLAUDIO, DARREN HERSHBERGER, and MARY HELEN

21    MONTERO, on the other hand, by and through their respective counsel, stipulate to the following:

22         1.       The complaint in this action alleges claims which were originally filed by plaintiff

23    SABRINA CERVANTES in the United States District Court, Northern District of California on April

24    10, 2009.  On October 16, 2009, plaintiff filed a First Amended Complaint.  Defendant SALINAS

25

26    UNION HIGH SCHOOL DISTRICT, ARCADIO CLAUDIO, DARREN HERSHBERGER, and

27    MARY HELEN MONTERO did not file a general denial to the First Amended Complaint as the

28    matter reached a resolution.

2.    The Complaint alleges the following claims:

a.    <u>First Cause of Action</u> -Claim for Relief of Hostile Work Environment in Violation of California Government Code Section 12940, et seq.

    1.    On Behalf of: Plaintiff, SABRINA CERVANTES

    2.    Against:  Defendants, SALINAS UNION HIGH SCHOOL DISTRICT, ARCADIO CLAUDIO, DARREN HERSHBERGER, and MARY HELEN MONTERO

b.    <u>Second Cause of Action</u>-Claim for Relief for Retaliation in Violation of California Government Code Section 12940, et seq. and California Labor Code Sections 6310, 6311.

    1.    On Behalf of: Plaintiff, SABRINA CERVANTES

    2.    Against:  Defendants, SALINAS UNION HIGH SCHOOL DISTRICT, ARCADIO CLAUDIO, DARREN HERSHBERGER, and MARY HELEN MONTERO

c.    <u>Third Cause of Action</u>-Claim for Relief for Sexual Harassment in Violation of California Government Code Section 12490, et seq.

    1.    On Behalf of: Plaintiff, SABRINA CERVANTES

    2.    Against:  Defendants, SALINAS UNION HIGH SCHOOL DISTRICT, ARCADIO CLAUDIO, DARREN HERSHBERGER, and MARY HELEN MONTERO

d.    <u>Fourth Cause of Action</u>-Claim for Relief for Failure to Prevent Discrimination and Harassment in Violation of California Government Code Section 12940(k).

    1.    On Behalf of: Plaintiff, SABRINA CERVANTES

    2.    Against:  Defendants, SALINAS UNION HIGH SCHOOL DISTRICT

e.   Fifth Cause of Action-Claim for Relief for Hostile Work Environment in Violation of Title VII, 42 U.S.C Section 2000(e)-2(a)(1).

    1.   On Behalf of: Plaintiff, SABRINA CERVANTES

    2.   Against:  Defendants, SALINAS UNION HIGH SCHOOL DISTRICT.

f.   Sixth Cause of Action-Claim for Relief for Sexual Harassment in Violation of 42 U.S.C. Section 2000(e)-2(a)(1).

    1.   On Behalf of: Plaintiff, SABRINA CERVANTES

    2.   Against:  Defendants, SALINAS UNION HIGH SCHOOL DISTRICT.

g.   Seventh Cause of Action-Claim for Relief for Employment Discrimination: Disparate Treatment on the Basis of Gender in Violation of California Government Code Section 12940, et seq.

    1.   On Behalf of: Plaintiff, SABRINA CERVANTES

    2.   Against:  Defendants, SALINAS UNION HIGH SCHOOL DISTRICT.

h.   Eighth Cause of Action-Claim for Relief for Retaliation in Violation of 42 U.S.C. Section 2000(e)-3(a).

    1.   On Behalf of: Plaintiff, SABRINA CERVANTES

    2.   Against:  Defendants, SALINAS UNION HIGH SCHOOL DISTRICT, ARCADIO CLAUDIO, DARREN HERSHBERGER, and MARY HELEN MONTERO

i.   Ninth Cause of Action-Claim for Relief of Wrongful Termination in Violation of Public Policy and in Violation of California Government Code Section 12940, et seq. and California Labor Code Sections 6310, 6311.

    1.   On Behalf of: Plaintiff, SABRINA CERVANTES

    2.   Against:  Defendants, SALINAS UNION HIGH SCHOOL DISTRICT, ARCADIO CLAUDIO, DARREN HERSHBERGER, and MARY HELEN

- 3 -

1                 MONTERO

2        3.      On August 22, 2012, the parties successfully reached a settlement of the plaintiff's

3                 individual claims on the following terms:

4                 a.      All of the terms of the settlement are conditioned on the court

5 dismissing all of the claims in this action with prejudice;

6

7                 b.      Payment of $4,000.00 shall be made on behalf of SALINAS UNION

8 HIGH SCHOOL DISTRICT to plaintiff in full satisfaction of all of her claims;

9                 c.      Plaintiff's case against ARCADIO CLAUDIO, DARREN

10 HERSHBERGER, and MARY HELEN MONTERO is dismissed for a waiver of costs and attorney's

11 fees and a mutual release of all claims between said parties;

12                 d.      The parties shall jointly seek and obtain the dismissal of all claims in

13 this action with prejudice.

14 Dated: September 21, 2012                 FITZPATRICK, SPINI & SWANSTON

15

16                                    / s /
                        _____

17                 Ellen S. Lyons, Esq.

18                 Attorneys for plaintiff,
                SABRINA CERVANTES

19
Dated: September 24, 2012                 DAVIS & YOUNG

20

21                                     / S /
                        _____

22                 Mark E. Davis, Esq.

23                 Attorneys for defendants,
                SALINAS UNION HIGH SCHOOL

24                  DISTRICT, et al.

25

26 ///

27 ///

28 ///

C:\Users\dmyers\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\QYX9SY4S\stip-dismissal.doc

<u>ORDER</u>

Good cause appearing therefore, the Court hereby orders a dismissal of claims alleged in the Complaint as follows:

1.    All of plaintiff SABRINA CERVANTES' claims with prejudice.

All claims in the Complaint having been dismissed, the Court hereby dismisses the Complaint.

Dated:   9/24/2012

Paul S. Grewal

HONORABLE PAUL SINGH GREWAL
UNITED STATES DISTRICT COURT JUDGE